

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00416-CV

| | | |
|---|---|---|
| MAGNUS OKWUCHUKWU UDUJI, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2025-005148-1) |
| V. | § | October 30, 2025 |
| ERIC WILLDEN, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the case should be dismissed as moot. It is ordered that the judgment of the trial court is vacated and that the case is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth